1  STEPHEN E. RONK (SBN: 164333)
   MOLLIE BURKS-THOMAS (SBN: 222112)
2  SAT SANG S. KHALSA (SBN: 256130)
   GORDON & REES LLP
3  633 West Fifth Street, Suite 4900
   Los Angeles, CA 90071
4  Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
5  sronk@gordonrees.com
   mburksthomas@gordonrees.com
6  skhalsa@gordonrees.com

7  Attorneys for Defendant
   J. Fletcher Creamer & Son, Inc.
8

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11

12 ANTONIO MARTINEZ, individually      )  CASE NO. CV 10 0968 PSG (FMOx)
   and on behalf of all others similarly )
13 situated,                            )
                                        )  **DEFENDANT J. FLETCHER**
14                Plaintiff,            )  **CREAMER & SON, INC.'S**
                                        )  **NOTICE OF MOTION AND**
15 vs.                                  )  **RENEWED MOTION FOR**
                                        )  **CERTIFICATION OF ORDER**
16 J. FLETCHER CREAMER & SON,           )  **FOR INTERLOCUTORY**
   INC., and DOES 1-10,                 )  **REVIEW**
17                                      )  **[28 U.S.C. § 1292 (b)]**
                  Defendants.           )
18                                      )  Date:  December 6, 2010
                                        )  Time:  1:30 p.m.
19                                      )  Ctrm:  880
                                        )
20                                      )  [Filed concurrently with Defendant's
                                        )  Memorandum of Points and
21                                      )  Authorities and Declaration of Mollie
                                        )  Burks-Thomas]
22                                      )
                                        )
23                                      )

24 ///
25 ///
26 ///
27 ///
28
                                   - 1 -

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on December 6, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 880 before the Honorable Phillip S. Gutierrez of the United States District Court, Central District of California, Western Division, Defendant J. Fletcher Creamer & Son, Inc. (hereinafter referred to as "JFC") will and hereby does respectfully renew its request to this Court to amend its Order and certify its decision, filed August 16, 2010 and entered August 13, 2010, denying Defendant's Motion for Summary Judgment, for interlocutory appeal and review under 28 U.S.C. § 1292(b).

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Mollie Burks-Thomas, and any Exhibits attached thereto or referenced therein, all of which are filed and served concurrently herewith. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 20, 2010. This Motion is also based upon all records and files in this action, and upon such other and further evidence and argument as may be presented at, or prior to the hearing of this Motion.

Dated: November 1, 2010           Gordon & Rees LLP

                                  By:    S/ Sat Sang S. Khalsa
                                         Stephen E. Ronk
                                         Mollie Burks-Thomas
                                         Sat Sang S. Khalsa
                                         Attorneys for Defendant
                                         JFC & Son, Inc

- 2 -

DEFENDANT J. FLETCHER CREAMER & SON, INC.'S
NOTICE OF RENEWED MOTION FOR CERTIFICATION OF ORDER FOR INTERLOCUTORY REVIEW

CV 10-0968 PSG (FOMx)