# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 10-968-PSG (FMOx) | Date: | December 2, 2010 |
| Title: | ANTONIO MARTINEZ  -VS- J. FLETCHER CREAMER & SON, INC., ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers): **DEFENDANT J. FLETCHER CREAMER & SON, INC.'S MOTION FOR CERTIFICATION OF ORDER FOR INTERLOCUTORY REVIEW [28 U.S.C. 1292 (b)] FILED 11-01-10 (DOC. 39)**

    Counsel are advised that the above-referenced motion(s) set for hearing on **December 6, 2010** is taken **Under Submission** and off calendar.  Accordingly, no appearance by counsel is necessary.  The Court will issue a ruling after full consideration of the submitted pleadings.

|   ---   :   ----   |
|---|
| Initials of Preparer      wkh |