UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTINEZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J. FLETCHER CREAMER & SON, INC.; and DOES 1 through 10.<br><br>Defendants. | Case No. CV 10-0968-PSG-FMOX<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: November 7, 2011<br>Time: 1:30 p.m.<br>Ctrm: 880 (Roybal) |

The motion of plaintiff Antonio Martinez ("Plaintiff") for an order granting preliminary approval of the class action settlement agreement ("Settlement") reached with defendant J. Fletcher Creamer & Son, Inc. ("Defendant"), as set forth in the parties' Stipulation of Settlement, came regularly on for hearing on November 7, 2011. Good cause having been shown, Plaintiff's motion is GRANTED and it is hereby ordered that:

1) The Court hereby grants preliminary approval of the terms of the Settlement, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for objecting to or opting out of the Settlement; the procedure for submitting claims; and

the maximum amounts allocated to an incentive payment, costs and attorney's fees, and preliminarily finds that the Settlement meets all the requirements for class certification under Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure and is fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure;

2) The Court preliminarily certifies for settlement purposes the Settlement Class described in the Settlement, as follows:

<u>California Laborers Class</u>: All persons who at any time between February 9, 2006 and July 15, 2011 were employed by J. Fletcher Creamer as a laborer on a construction project situated anywhere in the State of California; and

<u>California Former Laborers Class</u>: All persons who at any time between February 9, 2006 and July 15, 2011 were employed by J. Fletcher Creamer as a laborer on a construction project situated anywhere in the State of California, whose employment terminated at any time between February 9, 2006 and July 14, 2011.

3) The Court appoints Plaintiff as representative for the Settlement Class;

4) The Court appoints Gregory N. Karasik of Karasik Law Firm, Dennis F. Moss of Spiro Moss LLP, and Joseph Lavi of Lavi & Ebrahamian, LLP as counsel for the Settlement Class;

5) The Court appoints ILYM Group, Inc. as the Settlement Administrator;

6) The Court directs the Settlement Administrator to provide notice to class members as set forth in the Settlement; and

7) The Court hereby establishes the deadlines for members of the Settlement Class to opt out of the Settlement, to submit claims, and/or to object to the Settlement as set forth in the Settlement;

8) The Court schedules a final approval and fairness hearing for 1:30 p.m. on **March 19**, 2012. **at 1:30pm**

Dated: 11/7/11

**PHILIP S. GUTIERREZ**
United States District Court Judge

2
[proposed] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT