Gregory N. Karasik (SBN 115834)
greg@karasiklawfirm.com
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582

Dennis F. Moss (SBN 77512)
dennisfmoss@yahoo.com
**Spiro Moss LLP**
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel.: (310) 235-2468
Fax: (310) 235-2456

Joseph Lavi (SBN 209776)
Jordan Bello (SBN 243190)
Jlavi@lelawfirm.com
jbello@lelawfirm.com
LAVI & EBRAHAMIAN, LLP
8383 Wilshire Blvd., Suite 840
Beverly Hills, CA 90211
Tel: (323) 653-0086; Fax: (323) 653-0081

Attorneys for Plaintiff
ANTONIO MARTINEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTINEZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J. FLETCHER CREAMER & SON, INC.; and DOES 1 through 10.<br><br>Defendants. | Case No. CV 10-0968-PSG-FMOX<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF COSTS AND FEES AND ENHANCEMENT PAYMENT**<br><br>Date: March 19, 2012<br>Time: 1:30 p.m.<br>Ctrm: 880 |

**PLEASE TAKE NOTICE** that on March 19, 2012 at 1:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 880 in the Roybal Federal Building and Courthouse, located at 255 E. Temple Street, Los Angeles, California, plaintiff Antonio Martinez ("Plaintiff") will and hereby does move for final approval of the class

1
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

action settlement reached between Plaintiff and defendant J. Fletcher Creamer & Son ("Defendant") that was preliminary approved by the Court on November 7, 2011 (the "Settlement") and an award to Plaintiff of costs and fees and an enhancement payment. Specifically, Plaintiff moves for an order:

1. Finding and determining that the notice procedure afforded to class members under the Settlement gave them the best notice practicable under the circumstances and satisfied the requirements of law and due process.

2. Finding and determining that the Settlement Class, comprised of the California Laborers Class and California Former Laborer Class as defined below, meets all of the legal requirements for class certification, and ordering that the following Settlement Class is finally approved and certified as a class for purposes of settlement of this action:

California Laborers Class: All persons who at any time between February 9, 2006 and July 15, 2011 were employed by J. Fletcher Creamer as a laborer on a construction project situated anywhere in the State of California; and

California Former Laborers Class: All persons who at any time between February 9, 2006 and July 15, 2011 were employed by J. Fletcher Creamer as a laborer on a construction project situated anywhere in the State of California, whose employment terminated at any time between February 9, 2006 and July 14, 2011.

3. Finding and determining that the terms of the Settlement are fair, reasonable and adequate to the class and to each class member and that the class members who have not opted out of the Settlement are bound by the Settlement;

4. Finding and determining that the Settlement benefits to be provided to Class Members who submitted claims in accordance with the Settlement are fair and reasonable and giving final approval to and ordering the distribution of settlement benefits in accordance with the Settlement.

5. Finding and determining that Plaintiff's request for costs and fees in the combined amount of $115,000 is reasonable and awarding Plaintiff costs and fees in the amount of $115,000.

6. Finding and determining that Plaintiff's request for an enhancement payment in the amount of $5,000 is reasonable and awarding Plaintiff an enhancement payment in the amount of $5,000.

7. Ordering that, pursuant to the Settlement, all Class Members who did not timely request exclusion from the Settlement are permanently barred from prosecuting against Defendant and its parents, predecessors, successors, subsidiaries, affiliates, and trusts, and all of its employees, officers, agents, attorneys, stockholders, fiduciaries, other service providers, and assigns, any of the claims released by them under the Settlement.

8. Ordering the parties to comply with the terms of the Settlement.

9. Dismissing the action with prejudice and directing the clerk to enter the order granting final approval and dismissing the action as a final judgment.

10. Ordering that, notwithstanding dismissal of the action and entry of a final judgment, the Court shall retain jurisdiction over all maters relating to the interpretation, administration, implementation, effectuation and enforcement of its order or the Settlement.

Plaintiff's motion for final approval and an award of costs and fees and an enhancement payment is made pursuant to Rules 23(e) and (h) of the Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable and adequate and the amounts of costs and fees and enhancement requested by Plaintiff are reasonable, and is based on this Notice; the Memorandum of Points and Authorities and Declaration of Gregory N. Karasik filed herewith; the Confidential Statement submitted by Plaintiff;

all other papers on file in this action and on any oral argument or other matters the Court may take into consideration when ruling on the motion.

Dated: February 17, 2012                KARASIK LAW FIRM

                                        By   /s/Gregory N. Karasik
                                             Gregory N. Karasik
                                             Attorney for Plaintiff